PETITIONER'S REQUEST FOR HEARING, OR IN THE ALTERNATIVE

PETITIONER'S REQUEST FOR A CERTIFICATE OF APPEAL

Petitioner requests a "prompt hearing" to "determine the issues and make findings of fact and conclusions of law" with respect to each of the issues raised in this petition. 28 USC §2255(b).

With respect to any of the particular issues raised, if the Court determines a hearing is not necessary, Petitioner requests that the Court grant a CERTIFICATE OF APPEAL. because Petitioner has demonstrated that there has been a denial of his constitutional right to effective assistance of counsel, and reasonable jurists could debate whether each and every instance of ineffectivness raised herein should be decided differently from the court's current adverse determination. Miller-El v. Cockrell, 537 US 322, 336-338 (2003); Slack v. McDaniel, 529 US 473, 484 (2000).

*ORDER*

*This request and motion are DENIED without prejudice to renew by counsel.*

*[signature]*
*9-18-12*

RECEIVED
IN CLERK'S OFFICE
AUG 1 3 2012
U.S. DISTRICT COURT
MID. DIST. TENN.