UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSHUA CLINE,<br>    Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br>    Respondent. | CIVIL CASE NO. 3:12-CV-0829<br>JUDGE HAYNES |

[Handwritten annotation: "ORDER / This motion is GRANTED for the limited purpose of inspection by counsel." (signature) 10-12-12]

## MOTION TO UNSEAL DOCUMENTS FOR REVIEW BY COUNSEL IN §2255 PROCEEDING

Comes now the Petitioner, JOSHUA CLINE, by and through counsel, and moves this Honorable Court to unseal document numbers 14, 15, 28, 30, 45, 47, 93, 101 and any other document or exhibit sealed in case #3:09-cr-00037 for review by his attorney in the above referenced case. In support of said motion, the Petitioner (hereinafter "Cline") states that good cause exists for said request because in order for Cline's counsel to assist him in the §2255 action it is necessary for him to review the documents and exhibits that were sealed in the underlying criminal matter.

WHEREFORE, for the reasons stated above, the Petitioner requests this Court for an order directing the unsealing of documents 14, 15, 28, 30, 45, 47, 93, 101 and any other document or exhibit sealed in case #3:09-cr-00037 for the limited purpose of review and inspection by the undersigned counsel.

LAW OFFICE OF NICOLL & NICOLL

BY:    /s/ John E. Nicoll
          JOHN E. NICOLL, BPR 020228
          Attorney for Petitioner
          313 South Ramsey Street

1