UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOSHUA CLINE, )
    Petitioner, )
  )
vs. ) CIVIL CASE NO. 3:12-CV-0829
  ) JUDGE HAYNES
UNITED STATES OF AMERICA )
    Respondent. )

## MOTION FOR LEAVE TO FILE LATE SUPPLEMENT TO §2255 MOTION

*[handwritten annotation: "Granted. This motion is...  3-7-13"]*

Comes now the Petitioner, JOSHUA CLINE, by and through counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and moves this Honorable Court for an order permitting him to late file a supplement to his previously filed 28 U.S.C. §2255. In support of said motion, the Petitioner (hereinafter "Cline") states in general that good cause exists for said and specifically states:

(1) Mr. Cline filed his original §2255 motion on August 13, 2012 (Doc. 1). This Honorable Court initially set October 13, 2012 as the deadline for any amendments to the petition and appointed the Federal Public Defender's Office to represent Mr. Cline. Because of a conflict, the undersigned counsel was selected to represent Mr. Client. The deadline to file an amended or supplemented §2255 motion was then extended on two separate occasions to February 11, 2013.

(2) Prior to this last deadline, counsel for the Petitioner discussed the various issues presented in the §2255 motion with counsel for the Government, and both parties tentatively agreed to a mutually agreeable resolution to the issues presented for review. In the interests of judicial economy, the parties agreed to file a joint recommendation to

1