IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSHUA CLINE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 3:12-0829 |
| | ) JUDGE HAYNES |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Before the Court is Petitioner's motion to voluntarily dismiss this action (Docket Entry No. 21) and upon review, this motion is **GRANTED**. This action is **DISMISSED without prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 25th day of March, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court